IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| TERESA WISNESKI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) |
| BELMONT MANAGEMENT COMPANY, INC. | ) ) ) ) |
| Defendant. | ) |

Case No. 2:19-cv-2523-JAR

**RESPONSE TO ORDER TO SHOW CAUSE AND
OPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED AND SUBSTITUTED COMPLAINT**

COMES NOW Plaintiff Teresa Wisneski ("Plaintiff") by and through her attorney Josh Sanford of the Sanford Law Firm, PLLC, and for her Response to Order to Show Cause and Opposed Motion for Leave to File First Amended and Substituted Complaint, states and alleges as follows:

1. Pursuant to Fed. R. Civ. P. 15, a party may amend its pleading once as a matter of course within 21 days after serving it, or 21 days after a responsive pleading is served. In all other cases, a party may amend a pleading with the opposing party's written consent or the court's leave, which should be freely given when justice so requires.

2. Plaintiff filed a First Amended and Substituted Complaint ("FAC"), attached as Exhibit 1, on November 13, 2019, approximately twelve days after the window of time to amend as a matter of course had closed.

3. The Order to Show Cause issued on November 15, 2019 (ECF No. 18) allows Plaintiff to file a retroactive motion for leave to amend, as long as Plaintiff files that motion by

November 20, 2019.

4. The parties have conferred through counsel, and Defendant Belmont Management Company, Inc., opposes Plaintiff's Motion for Leave to File FAC.

5. Therefore, Plaintiff seeks this Court's leave to amend her Original Complaint; or rather, that the Court will not strike her FAC pursuant to the Order to Show Cause.

6. The purpose of Plaintiff's FAC is to add Mildred Jones as a plaintiff.

7. In the District of Kansas, leave to amend is generally given "[i]n the absence of any apparent or declared reason, such as undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment[.]" Ragsdale v. Amsted Rail Co., Inc., No. 13-2257-EFM-KGG, 2013 U.S. Dist. LEXIS 141232, at *2 (D. Kan. Oct. 1, 2013).

8. Plaintiff's FAC is not sought for purposes of delay, prejudice, dilatory motive, or any of the reasons listed *supra*.

9. A scheduling conference in this matter is set for December 18, 2019. See ECF No. 11. This matter has not been set for trial, nor have any deadlines concerning discovery or motions practice been set. Therefore, the requested amendment will neither prejudice any party nor affect any deadline set by this Court.

WHEREFORE, premises considered, Plaintiff Teresa Wisneski respectfully requests an Order of this Court granting her leave to file the First Amended and Substituted Complaint, and for such other relief as may be just and proper.

Respectfully submitted,

WILLIAMS DIRKS DAMERON, LLC

/s/ Eric L. Dirks
Eric L. Dirks, Kas. Bar No. 77996
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118
dirks@williamsdirks.com

SANFORD LAW FIRM, PLLC
Josh Sanford *(Admitted Pro Hac Vice)*
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I, Eric L. Dirks, do hereby certify that on the 18th day of November 2019, the foregoing was filed via the Court's CM/ECF System which will provide notice to the following attorneys of record:

Scott R. Schillings, Esq.
Matthew K. Holcomb, Esq.
Hinkle Law Firm LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone: (316) 267-2000
Facsimile: (316) 630-8466
Email: sschillings@hinklaw.com
Email: mholcomb@hinklaw.com

Jonathan A. Waller, Esq. (pro hac vice)
Waller Law Office, PC
2001 Park Place, Suite 900

Birmingham, Alabama 35203
Telephone: (205) 313-7330
Email: jwaller@waller-law.com

                                                /s/ Eric L. Dirks
                                                Eric L. Dirks