# Exhibit A

Exhibit A - Settlement Allocation

| Name | Amount |
|---|---|
| Alexandra Foreman | $ 36.52 |
| Carla Florer | $ - |
| Dawn Osburn | $ - |
| James Ballard | $ 541.61 |
| Jennifer Abel | $ 9.20 |
| Jennifer Riccius | $ 25.54 |
| Jessica Hamilton | $ 16.63 |
| John Armstrong | $ 8.27 |
| John Queen | $ 0.39 |
| Kristie Yonally | $ 53.90 |
| Mildred Jones | $ 12.51 |
| Natasha Murray | $ 19.62 |
| Rhonda Trotter | $ 4.84 |
| Sarah Hanson | $ - |
| Sheila Bean | $ 159.17 |
| Sheila Stafford | $ 10.75 |
| Teresa Wisneski | $ 92.80 |
| Tracy Webb | $ 1,204.93 |
| Virginia Viel | $ - |
| Wenona Jones | $ 30.43 |
| Whitney Livingston | $ 364.16 |
| **Total** | **$ 2,591.25** |