IN THE UNITED STATES DISTRICT
COURT DISTRICT OF KANSAS

| | |
|---|---|
| TERESA WISNESKI and MILDRED JONES, Each Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>BELMONT MANAGEMENT COMPANY, INC.<br><br>Defendant. | Case No. 2:19-cv-2523-JAR |

## JOINT NOTICE OF FINAL PAYMENT

COME NOW Plaintiffs Teresa Wisneski and Mildred Jones, individually and on behalf of all others similarly situated, and Defendant Belmont Management Company, Inc., by and through their undersigned counsel, and for their Joint Notice of Final Payment, they do hereby state and allege as follows:

1. Payment to Plaintiffs and Plaintiffs' Counsel, as contemplated under the Parties' Settlement Agreement, was timely made in full on June 7, 2021.

2. Payments to the class members have been made to and since distributed by Plaintiffs' Counsel.

3. The parties respectfully request that this case be dismissed with prejudice now that final payment has been made.

Respectfully submitted,

WILLIAMS DIRKS DAMERON, LLC

/s/ Eric L. Dirks
Eric L. Dirks, KS Bar No. 77996
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118
dirks@williamsdirks.com

SANFORD LAW FIRM, PLLC
Josh Sanford *(Admitted Pro Hac Vice)*
Ark. Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

***Counsel for Plaintiffs***

**DEFENDANT BELMONT MANAGEMENT COMPANY, INC.**

HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
Telephone: (316) 267-2000
Facsimile: (316) 630-8466

Matthew K. Holcomb
SC No. 23140
mholcomb@hinklaw.com

Scott R. Schillings
SC No. 16150
sschillings@hinklaw.com

THE WALLER LAW OFFICE
2001 Park Place, Suite 900
Birmingham, AL 35203
Telephone: (205) 313-7330

Jonathan H. Waller
jwaller@waller-law.com

ARENDALL LAW
2671 Vesclub Circle
Vestavia Hills, AL 35216
Telephone: (205) 979-9728

David R. Arendall
dra@arendalllaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2021, the foregoing was filed via the Court's electronic filing system which will send notice to all counsel of record.

/s/ Eric L. Dirks
Eric L. Dirks